# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICKY ASHLEY                                                                                    PETITIONER
ADC # 099718C

v.                    No. 4:20-cv-00839-SWW-JTR
                      (Related cases: 4:20-cv-00203-SWW;
                      4:20-cv-00726-SWW; 4:20-cv-00770-KGB;
                      4:20-cv-00788-DPM)

DEXTER PAYNE, Director,
Arkansas Division of Correction,
Arkansas Department of Correction                                                     RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.    Ricky Ashley's motion for leave to proceed *in forma pauperis*, *Doc. No. 1*, is GRANTED.

2.    Ricky Ashley's petition for a writ of habeas corpus, *Doc. No. 2*, is DENIED, and this case is dismissed *with prejudice*.

3. Effective immediately, Mr. Ashley shall be placed on the Court's restricted filer list, and the Clerk is directed *not* to file any future *pro se* habeas petitions submitted by Mr. Ashley without prior approval from the Judge to whom this case is assigned.

4. The Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Court also declines to issue a certificate of appealability because Mr. Ashley has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of August, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE