# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICKY ASHLEY,                                                        PETITIONER
ADC # 099718C              No. 4:20-cv-00839-SWW-JTR

     V                   (Related cases: 4:20-cv-00203-SWW;
                          4:20-cv-00726-SWW; 4:20-cv-00770-KGB;
                          4:20-cv-00788-DPM)

DEXTER PAYNE, Director,
Arkansas Division of Correction,
Arkansas Department of Correction                      RESPONDENT

## JUDGMENT

Based on today's Order, this 28 U.S.C. § 2254 action is DISMISSED, *with prejudice*.

IT IS SO ORDERED this 25th day of August, 2020.

                              /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE